UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RANCE HILL, | ) Case No. CV 16-7674-CAS(AJW) |
| Petitioner, | ) MEMORANDUM AND ORDER<br>) DISMISSING PETITION |
| v. | ) |
| NEIL McDOWELL, | ) |
| Respondent. | ) |

On March 5, 2003, petitioner was convicted of assault with a deadly weapon, battery with serious bodily injury, and second degree robbery. The trial court found true the allegation that petitioner had suffered a prior felony conviction. Petitioner was sentenced to state prison for a term of twenty-one years. [See People v. Hill, 2004 WL 1344944].[1]

Petitioner previously filed a petition for a writ of habeas corpus in this Court challenging his 2003 conviction. Case No. CV 06-5367-JSL (AJW). On October 5, 2010, judgment was entered denying the petition on the merits. Petitioner's requests for a certificate of appealability

---

[1] The California Court of Appeal affirmed petitioner's conviction, but vacated a one-year enhancement imposed based upon petitioner having served a prior prison term.

were denied by this Court and by the Court of Appeals.

Petitioner filed the current petition for a writ of habeas corpus on October 3, 2016. The petition, which complains about the trial court's failure to grant petitioner pre-sentence custody credits, constitutes another challenge to petitioner's 2003 conviction and sentence.

"Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Absent authorization from the Court of Appeals, this Court lacks jurisdiction over a successive petition. See Magwood v. Patterson, 561 U.S. 320, 330-331 (2010); Cooper v. Calderon, 274 F.3d 1270, 1274 (9th Cir. 2001), cert. denied, 538 U.S. 984 (2003).

Because petitioner has not obtained leave from the Court of Appeals, the petition is dismissed for lack of jurisdiction.[2]

**It is so ordered.**

Dated: <u>January 5, 2017</u>

*Cristina A. Snyder*
Cristina A. Snyder
United States District Judge

---

[2] Ninth Circuit Rule No. 22-3(a) provides that "[i]f a second or successive petition or motion, or an application for authorization to file such a petition or motion, is mistakenly submitted to the district court, the district court shall refer it to the court of appeals." Because the circumstances indicate that petitioner intentionally filed this action in this Court, not that he did so mistakenly, Rule 22-3(a) is inapplicable. Nevertheless, the Clerk is directed to mail petitioner a copy of Ninth Circuit Form 12 so that petitioner may file an application for leave to file a second or successive petition in the Court of Appeals.