UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RANCE HILL, ) | Case No. CV 16-7674-CAS(AJW) |
| Petitioner, ) ) | |
| v. ) | JUDGMENT |
| NEIL McDOWELL, ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: January 5, 2017

_____
Christina A. Snyder
United States District Judge